390 A.2d 308

Heltzel v. Heltzel, Appellant.

Argued March 22, 1978.

Arthur Silverblatt, for appellant; Jerome L. Cohen, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 308

John C. Kohler Co., Appellant, v. McCloskey & Co., Inc.

Argued March 20, 1978. Henry J. Donner, for appellant; Steven A. Arbittier, submitted a brief for appellee.

Judgment affirmed.